# EXHIBIT A

ALABAMA DEPARTMENT OF CORRECTIONS          INST:    024
INMATE SUMMARY AS OF 06/09/2000  RECEIVED  CODE: CRSUM

CBR716-3

**********************************************************************

AIS: 00209854R    INMATE: WATKINS, LORENZO          RACE: B    SEX: M

INST: 024 - LIMESTONE CORRECTIONAL CENTER    DORM: SC JAIL CR: 000Y 06M 09D

DOB: 04/12/1955    SSN: 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

ADM DT: 03/15/2000 DEAD TIME: 000Y 00M 00D

ADM TYP: NEW COMIT FROM CRT W/O REV OF        STAT: PROTECTIVE CUSTODY

CURRENT CUST: MED-9    CURRENT CUST DT: 04/28/2000    PAROLE REVIEW DATE: JAN 2008

SECURITY LEVEL: (4) FOUR

SERVING UNDER ACT446 LAW IN CLASS IV        CURRENT CLASS DATE:    03/15/2000
INMATE IS EARNING : PROHIBITED FROM EARNING GOODTIME

| COUNTY | SENT DT | CASE NO | CRIME | | JL-CR | TERM |
|--------|---------|---------|-------|---|-------|------|
| MONTGOMERY | 03/15/00 | N99002149 | MURDER CT 1 | | 0189D | 025Y 00M 00D CS |
| MONTGOMERY | 03/15/00 | N99002149 | ARSON I CT 2 | FINES : $0000000 | RESTITUTION : $0000100 0189D 025Y 00M 00D CC |

COURT COSTS    : $0001658

| TOTAL TERM | MIN REL DT | GOOD TIME BAL | GOOD TIME REV | LONG DATE |
|-----------|-----------|---------------|---------------|-----------|
| 025Y 00M 00D | 09/05/2024 | 000Y 00M 00D | 000Y 00M 00D | 09/05/2024 |

INMATE LITERAL: RECEIVE MAX DRUG & ALCOHOL TREATMENT
**********************************************************************

DETAINER WARRANTS SUMMARY
    INMATE CURRENTLY HAS NO DETAINER WARRANT RECORDS
**********************************************************************

ESCAPEE-PAROLE SUMMARY

    INMATE CURRENTLY HAS NO PAROLE RECORDS

    INMATE CURRENTLY HAS NO PROBATION 754 RECORDS

    INMATE HAS NO ESCAPES FROM ALABAMA D.O.C.
    SINCE O.B.S.C.I.S. RECORDING BEGAN IN 1978
**********************************************************************

DISCIPLINARY/CITATION SUMMARY

    INMATE CURRENTLY HAS NO DISCIPLINARY/CITATION RECORDS

PLAINTIFFS
EXHIBIT
A