# EXHIBIT B

## VOLUNTARY STATEMENT FORM
## MONTGOMERY FIRE DEPARTMENT

**DIVISION:** Bureau of Investigations

**NAME:** Lebertha Sanders

**CONCERNING:** 1137 South Holt Street

**LOCATION OF INTERVIEW:** Bureau of Investigations
Montgomery Fire Department

**STATEMENT TAKEN BY:** W. D. Davis, Chief Investigator

**BEGINNING TIME:** 0727 hours - July 9th, 1999

This is Chief Davis with the Montgomery Fire Department. Today's date is July the 9th, 1999. The time is 0727 hours. The location is City Hall, Montgomery Fire Department Headquarters. Also in my office is Lebertha Sanders and Vickie Baldwin. This will be a taped statement from Ms. Sanders concerning a fire that occurred at her residence at 1137 South Holt Street on May the 31st, 1999 at 0140, ugh 45 hours.

Q. Ugh, Ms. Sanders, you, you are giving this statement voluntarily, is that correct?

A. That is correct.

Q. And you are aware that this is a taped statement, is that correct?

A. That is correct.

Q. Ms. Sanders what I would like you to do for me is explain to me in as much detail that you can, all of the circumstances that occurred on May the 31st, ugh, surrounding your house being burned, ugh, on that particular date. I would also remind you to speak up so that the tape player can pick up your statement.

A. Well, my boyfriend and I had been having problems now. He didn't want to pull his weight in the house.

Q. Okay.

A. So I asked him to leave.

Q. Can you tell me what your boyfriend's name is?

A. Lorenzo Watkins.

Q. Lorenzo Watkins. Do you know his birthdate?

A. Ugh, it is ugh April the 12th.

Q. Alright. So how long have you been knowing Lorenzo?

*Plaintiff's Exhibit B*

160