# EXHIBIT C

MONTGOMERY POLICE DEPARTMENT
SUPPLEMENTARY OFFENSE REPORT

17313

| Victims Name as on Original Report (Last, First, Middle) | Date, Time of Offense: | Date, Time of Supplement: |
|---|---|---|
| Sanders, Labertha Gilmore | 9/9/99 0230 | 10/31/99 1531 |
| Has arrest been made: Yes or No | Date of Arrest: | Offense as Reported: |
| Yes | 9/9/99 | Murder, Domestic Violence |
| Has warrant/petition been signed: Y or N | Date Warrant/Petition Signed: | Offense after investigation: |
| Yes | 9/9/99 | Murder, Domestic Violence |

COMPLAINT

On 9/9/99 at approximately 0230 Hours, black female Labertha Gilmore Sanders, DOB 9/12/54, SSN 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, 1133 South Holt Street, PX 265-1348, was shot twice while in front of her residence. As a result of being Shot, Ms. Sanders was pronounced dead by Paramedic Unit 91 at 0243 Hours. Ms. Sanders is a victim of an apparent homicide.

SYNOPSIS

On Thursday, 9/9/99, at approximately 0233 Hours, the Montgomery Police Department received a complaint of a subject shot.

At approximately 0235 Hours, Unit 303, Officers Johnson and Lovett, of Third Shift Patrol arrived at 1133 South Holt Street where they observed the victim identified as Labertha Sanders laying face down in the front yard of her residence. Paramedic Unit 91 responded to the scene as well and was present at that time. Medic Spivey of Paramedic Unit 91 pronounced the victim deceased at 0243 Hours. The weather at this time was warm with sporadic drizzling.

Witness Wilfred Eugene Phelps, DOB 1/30/52, 1136 South Holt Street, PX 264-4047, observed the victim and the defendant in an altercation just moments before he observed the defendant shoot the victim twice.

Witness James Ocie Smith, DOB 6/14/57, 1136 South Holt Street, PX 264-4047, contacted the Montgomery Police Department via 911 and stated that he heard shots. He also stated that he was told that someone had been shot in the 1100 block of South Holt Street.

Witness Annie Jeanette Winters was given a message from the defendant to deliver to the victim. The message was stating, "On everything I love, you need to get in touch with me tonight or else it is going to be some real trouble for you." Ms. Winters gave that message to the victim on Wednesday night, 9/7/99, at the Jackpot Bingo Hall located in the Normandale Shopping Center. The victim told Ms. Winters on 9/8/99 that she had not talked to the defendant in a couple of weeks. She stated to Ms. Winters that the defendant had cut all four of her tires to her vehicle

PLAINTIFF'S Exhibit "C"

37