# EXHIBIT D

**Alabama**
**Department of Forensic Sciences**
**MONTGOMERY Division**

P. O. Box 240591
Montgomery, Alabama 36124-0591
(334) 242-3093

### REPORT OF AUTOPSY

CASE NO.  01A-99MM00519    DATE/TIME:  September 9, 1999 at 9:10

COUNTY:  Montgomery

**DECEDENT**:  Labertha G. Sanders

AGE: 44 Years  SEX: Female  LENGTH: 67 Inches  WEIGHT: 259 pounds

### FINAL DIAGNOSIS

1. Gunshot Wound to the Right Lateral Chest.

   A. Indeterminate range wound.
   B. Pathway leftward, slightly forward, and upward.
   C. Wounds to the right lung and aorta.
   D. Medium caliber, copper-jacketed, lead projectile recovered.

2. Gunshot Wound to the Right Lateral Thigh.

   A. Indeterminate range wound.
   B. Pathway leftward, slightly upward.
   C. Medium caliber, copper-jacketed, lead projectile recovered.
   D. No vital organs injured.

3. Exogenous Obesity.

4. Uterine Leiomyomata.

   **CAUSE OF DEATH:**    Gunshot Wound to the Chest.

   **MANNER OF DEATH:**   Homicide.

   The manner of death is an opinion rendered for statistical purposes based on postmortem findings and on investigative information available as of the date of this report.

page 1 of 6

*PLAINTIFFS Exhibit D*

116