# EXHIBIT E

## ALABAMA UNIFORM INCIDENT/OFFENSE REPORT

DATA PROCESSED 012930

Agency: Montgomery P.D.
Address: 634 Clarke St, Montgomery Al
Phone: 264-7242

Reported by: Rowell, Henry
Victim: Watkins, Lorenzo
Address: 1565 Oak Street Montgomery Al 36108
Employer/School: Unemployed

Age: 36    Sex: Male    Hgt: 511    Wgt: 195    DOB: 04/12/55
Victim was (relationship): Girlfriend
UCR Code: 1305    State Code: 06A

Type Incident or Offense: Assault

Place of Occurrence: 700 Block of Clarke Street Montgomery Al

Occurred on or between: 07/07/91    Time: 01:00

Description of weapons/firearms/tools used in offense: .25 Cal Raven Automatic

INITIAL UNIT 448/Saint

TYPE OR PRINT IN BLACK INK

PLAINTIFF'S Exhibit "E"

| INCIDENT/OFFENSE REPORT CONTINUED | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Date and time of report | 07 07 91 03:45 | DR Case # | 012930 | | | | | | |

| Name (Last, First, Middle) | Nickname/Alias | Race | Sex | DOB | Age |
|---|---|---|---|---|---|
| Sanders, Labertha | | | | 09 11 25 11 | 36 |

| HGT | WGT | Eye | Hair | Complexion |
|---|---|---|---|---|
| 5'8 | 180 | Brn | Blk | Dark |

Weapon: .25 cal Raven Auto

Address: 102 Beckview Drive

**NARRATIVE**

Victim stated that his girlfriend shot him while they were arguing. The victim was transported to Jackson Hospital. The victim was looked at by Dr. Trevor who stated that the injury was not life threatening.

Investigating Officer: DET. S.W. Saint

*Plaintiff's Exhibit "E"*