# EXHIBIT F

# ALABAMA UNIFORM INCIDENT/OFFENSE REPORT

DATA PROCESSED
3

#323982

| VICTIM'S SSN | COMPLAINANT'S SSN | INCIDENT | OFFENSE | CASE # |
|---|---|---|---|---|
| 4 2 2 - 7 6 - 7 2 0 7 | | X | SUPPLEMENT | 019506 |

| CRI # | DATE AND TIME OF THIS REPORT | AM PM MIL | AGENCY NAME | SUPPLEMENT ORIGINAL OFFENSE DATE |
|---|---|---|---|---|
| 0 0 3 0 1 0 0 | 1 0 2 6 9 8 | 0800 | Montgomery P.D. | |

REPORTED BY □ VICTIM OR
ADDRESS (STREET, CITY, STATE, ZIP)
PHONE

| VICTIM (LAST, FIRST, MIDDLE NAME) | I P 2 8 35 | ADDRESS (STREET, CITY, STATE, ZIP) | PHONE |
|---|---|---|---|
| Watkins, Lorenzo | | 1137 S. Holt St. Montgomery Alabama 36101 | 265-7343 |

| EMPLOYER/SCHOOL | OCCUPATION | ADDRESS (STREET, CITY, STATE, ZIP) | PHONE |
|---|---|---|---|
| Sahara Rest. | Cook | 511 E. Edgemont Ave. Montgomery Al. 36111 | 262-1215 |

□ RESIDENT
□ NON-RESIDENT

| INJURY | RACE | SEX | HGT | WGT | DOB | AGE | OFFENDER KNOWN TO VICTIM | VICTIM WAS (EXPLAIN RELATIONSHIP) |
|---|---|---|---|---|---|---|---|---|
| N | W | MALE FEMALE | 5 6 | 160 | 0 4 1 2 5 5 | 43 | | Husband |

TYPE INCIDENT OR OFFENSE □ FEL □ MISD
Assault 2nd (Domestic Violence)
TYPE INCIDENT OR OFFENSE □ FEL □ MISD

DEGREE (CIRCLE)
DEGREE (CIRCLE)
UCR CODE

STATE CODE/LOCAL ORDINANCE
STATE CODE/LOCAL ORDINANCE

## EVENT

PLACE OF OCCURRENCE
1137 S. Holt St. Montgomery Alabama 36101

SECTOR
1 1 1

| POINT OF ENTRY | METHOD OF ENTRY | ASSAULT | TREATMENT FOR ASSAULT INJURY Y N |
|---|---|---|---|
| □ DOOR □ ROOF □ WINDOW □ OTHER | □ FORCIBLE □ ATT. FORCIBLE □ NO FORCE | □ SIMPLE □ AGGR. | |

| OCCURRED ON OR BETWEEN | TIME AM PM MIL | LIGHTING | WEATHER | PREMISE | | UCR CODE |
|---|---|---|---|---|---|---|
| 1 0 2 6 9 8 | 0615 | □ NATURAL □ MOON □ ART. EXT. □ ART. INT. □ UNK | □ CLEAR □ CLOUDY □ RAIN □ FOG □ SNOW □ HAIL □ UNK | □ HWY.—ST.—ALLEY □ RAILROAD □ RESIDENCE □ CHURCH □ SCHOOL □ CONVENIENCE □ INDUSTRIAL □ SERVICE STA. | □ BANK □ DRUG STORE □ APT./TWN. HSE. □ SHOPPING CENTER □ PARKING LOT □ OTHER COMMER □ OTHER | |

| VERIFY FOR Y N | TREAT. FOR Y N | CIRCUMSTANCES: HOMICIDE / ASSAULT | UCR CODE |
|---|---|---|---|
| RAPE EXAM N | RAPE INJURY N | LOCATION: RAPE | |

WEAPON USED
□ FIREARM □ HANDS, FISTS, VOICE, ETC
□ KNIFE □ OTHER DANGEROUS

DESCRIPTION OF WEAPONS/FIREARMS/TOOLS USED IN OFFENSE
□ HANDGUN □ RIFLE □ SHOTGUN □ UNKNOWN
DESCRIBE .25 Caliber Handgun

## PROPERTY DESCRIPTION

| QUANTITY | STOLEN, RECOVERED, LOST, FOUND OR DESTROYED (INCLUDE MAKE, MODEL, SIZE, TYPE, SERIAL, NUMBER, COLOR, ETC.) | DOLLAR VALUE | | RECOVERED | |
|---|---|---|---|---|---|
| | | STOLEN | DAMAGED | DATE | VALUE |
| | Initial Unit 437/Green | | | | |

□ CONTINUED IN NARRATIVE

## DOLLAR VALUE

| MOTOR VEHICLE | CURRENCY, NOTES | JEWELRY | CLOTHING/FURS | FIREARMS | OFFICE EQUIPMENT |
|---|---|---|---|---|---|
| S R D | S R D | S R D | S R D | S R D | S R D |

| ELECTRONICS | HOUSEHOLD | CONSUMABLE GOODS | LIVESTOCK | MISCELLANEOUS |
|---|---|---|---|---|
| S R D | S R D | S R D | S R D | S R D |

CHECK CATEGORIES
□ STOLEN □ RECOVERED □ SUSPECTS VEH. □ VICTIMS VEH. □ UNAUTH. USE □ ABANDONED

## VEHICLES

| # STOLEN | LIC. | ST. LIC. | TAG COLOR | VIN |
|---|---|---|---|---|
| VYR | VMA | VMO | VST | VCO TOP BOTTOM | ADDITIONAL DESCRIPTION |

| STOLEN MTR VEH ON | AREA STOLEN | OWNERSHIP VERIFIED BY: | WARRANT SIGNED |
|---|---|---|---|
| □ BUS □ RED □ RUR | | □ TAG RECEIPT □ BILL OF SALE □ TITLE □ OTHER | N Y |

AUTO INSURER NAME (COMPANY)  ADDRESS (STREET, CITY, STATE, ZIP)
PHONE

MOTOR RECOVR: ONLY RECOVERED FOR ANOTHER JURIS. CODE
STOLEN IN YOUR JURISDICTION? □ WHERE?
RECOVERED IN YOUR JURISDICTION? □ WHERE?

TYPE OR PRINT IN BLACK INK
ACJIC—32 REV. 10-90

INCHES

PLAINTIFF's Exhibit #4

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

| INCIDENT/OFFENSE REPORT CONTINUED | 95 DATE AND TIME OF REPORT 1 0 0 2 9 8 0800 | AM PM MIL | 96 CASE # 019506 | 97 SFX | 98 □ OFFENDER □ SUSPECT □ MISSING PERSON | □ CHECK IF MULTIPLE |
|---|---|---|---|---|---|---|

| 99 NAME (LAST, FIRST, MIDDLE) Sanders, Labertha | 100 NICKNAME/ALIAS | 101 RACE □W □A | 102 SEX □M ☒F | 103 HAIR Blk | 104 AGE 44 |
|---|---|---|---|---|---|

| 105 ADDRESS (STREET, CITY, STATE, ZIP) 1137 S. Holt St. Montgomery Alabama 36101 | 106 HGT 5'6" | 107 WGT 230 | 108 EYE Bro | 109 HAIR Blk | 110 COMPLEXION Med. |
|---|---|---|---|---|---|

111 PROBABLE DESTINATION   Hosp # 199800008362

112 ARMED?  113 WEAPON .25 Cal. Handgun

114 CLOTHING   □ SCARS □ MARKS □ TATOOS   □ ARRESTED □ WANTED

| 116 NAME (LAST, FIRST, MIDDLE) | 117 NICKNAME/ALIAS | 118 RACE | 119 SEX | 120 DOB | 121 AGE |
|---|---|---|---|---|---|

| 122 ADDRESS (STREET, CITY, STATE, ZIP) | 123 HGT | 124 WGT | 125 EYE | 126 HAIR | 127 COMPLEXION |
|---|---|---|---|---|---|

128 PROBABLE DESTINATION

129 ARMED?   130 WEAPON

131 CLOTHING   □ SCARS □ MARKS □ TATOOS   □ ARRESTED □ WANTED

**WITNESSES**

| 133 NAME (LAST, FIRST, MIDDLE) SEX, RACE, DOB | 134 ADDRESS (STREET, CITY, STATE, ZIP) | 135 RES. PHONE | 136 BUS. PHONE |
|---|---|---|---|
| #1 | | ( ) | ( ) |
| #2 | | ( ) | ( ) |
| #3 | | ( ) | ( ) |
| #4 | | ( ) | ( ) |

WITNESS #1 SSN   WITNESS #2 SSN   WITNESS #3 SSN   WITNESS #4 SSN

**NARRATIVE**

137     On the date and time listed the victim states that he and his wife got into an altercation during which he was shot in the left leg. The victim was treated by medic's and transported by Emergistat Ambulance to Baptist Hospital. The offender, listed above, was taken into custody without incident.

CONTINUED ON SUPPLEMENT

ASSISTING AGENCY ORI   ASSISTING AGENCY CASE #

I hereby affirm that I have read this report and that all information given by me is correct to the best of my knowledge. I will assume full responsibility for notifying this agency of any stolen property or missing person hereby reported is returned.

SIGNATURE

**ADMINISTRATION**

| 138 MULTIPLE CASES CROSSED: | 140 CASE # | 141 SFX | 142 CASE # | 143 SFX | 144 CASE # | 145 SFX | 146 ADDITIONAL NARRATIVE |
|---|---|---|---|---|---|---|---|

| 147 CASE STATUS □ PENDING □ INACTIVE □ CLOSED ENTERED ACIC/NCIC □ DATE | 148 CASE DISPOSITION: (1) □ CLEARED BY ARREST (JUV.) (2) □ CLEARED BY ARREST (ADULT) (3) □ UNFOUNDED | EXCEPTIONAL CLEARANCE: (A) □ SUSPECT/OFFENDER DEAD (B) □ OTHER PROSECUTION (C) □ EXTRADITION DENIED (D) □ LACK OF PROSECUTION (E) □ JUVENILE, NO REFERRAL (F) □ DEATH OF VICTIM | 149 REPORTING OFFICER Cpl. D.R. Hill           448   ID # |
|---|---|---|---|

150 ASSISTING OFFICER   ID #

151 SUPERVISOR APPROVAL   ID #   152 WATCH CMDR.   ID #

3

DATA PROCESSED

PLAINTIFF'S EXHIBIT "F"