# EXHIBIT G

# STATE OF ALABAMA
### Department of Corrections
### Inmate Stationery

Seg Board Meeting                                               2-3-05

Warden Mitcham, I've been through the court system once for the crime I've committed. It appears that someone in the DOC is trying to judged me again. Classification claims that my crime is a "heinous-restrictive" crime. The fact is I had a plea bargain during the year of two-thousand. On my time sheet, the murder and arson charges were combined together with the same date. It appears on my time sheet that it happened at the same time. However, this is not corrected. The arson charge happened four months apart before the murder charge.

According to Mr. Hayes, the R code - heinous is based on information contained in my PSI report on the arson and murder charges by the Parole Officer. On my last visited to the Seg Board, I asked Mr. Hayes to read my PSI (Pre Sentence Investigation) report to me. He refused to read it to me.

Also, Sir, I've done research to show that my crime is not heinous nor restricted.

I've checked the Classification manual on pages 101 and 102 of the Add Appendix D. This is the same categories which relates to heinous-restrictive crime. My crime is a domestic. I've sented documents to Paul Whaley, the Director of Classification in Montgomery, to state my claim.

PLAINTIFFS Exhibit "O"