# EXHIBIT H

*PLAINTIFFS Exhibit "H"*

Limestone Correctional Facility
Dorm 9-A-19
28779 Nick Davis Road
Harvest, Alabama 35749

February 17, 2005

Mr. Paul Whaley
Central Records Division
Alabama Department of Corrections
P. O. Box 301501
Montgomery, Alabama 36130-1501

RE: Lorenzo Watkins #209854R

Dear Mr. Whaley:

I met with the institutional segregation review board today here at Limestone to talk with them about the error that has been made concerning my placement in "Restricted" minimum custody status. Warden Mitchem and Mr. Hayes advised me to write to you and send the enclosed paperwork that establishes I should never have been placed in "Restricted" ( R ) status.

In looking at my time sheet ( enclosed and marked as exhibit "A" ), it is easy to see why someone would believe I should be placed in "Restricted" status. My time sheet shows that I had two charges on an indictment: Count One: Murder and Count Two: Arson. THese two convictions even have the same case number: 99-002149. This makes it appear that the Arson and MUrder charges are connected, and this is why I was placed in "Restricted" status. This is not true, however; and I do not know why the District Attorney's Office put these two charges on the same indictment. Maybe for convenience sake...but these two charges are_not_related.

I am enclosing copies of the Autopsy Report and Police Report for the murder charge against me ( marked as exhibits "B" and "C" )

Mr. Paul Whaley
February 17, 2005
Page 2

and they show that the Murder occurred on September 9, 1999. I am also enclosing a Fire Department Investigation Form concerning the Arson charge against me ( marked as Exhibit "D" ) that shows this Arson occurred on May 31, 1999, some 3+ months prior to the Murder case.

As you can see by the enclosed documents, the Arson conviction and Murder conviction were not related which means, of course, that I should have never been placed in "Restricted" or "Henious" status.

I feel like I should also point out that the Murder charge was a domestic incident. The victim in this case has shot me on two different occassions and if the police department incident reports on these shootings would assist me in anyway, I would be happy to send them to you.

Thank you for help in correcting this error concerning my being placed in "Restricted" status.

Sincerely,

*Lorenzo Watkins*

Lorenzo Watkins #209854R

PLAINTIFF'S EXHIBIT "H"

enclosures