# EXHIBIT I

N266

**STATE OF ALABAMA**
Department of Corrections
Inmate Stationery

2-24-05                    Seg. Board

(1) Mr. Hayes, you asked the question, "Did I shooted the victim three times? I told you no.

There were two shots fired.

(a) Gunshot wound to the Right Lateral Chest.

(b) Gunshot wound to the right lateral thigh.

I've the proof from the Al. Department of Forensic Sciences (Montgomery Division).

Also, I've two incident reports from MPD to show that I was shoted twice by the victim. (Girlfriend)

(2) Mr. Hayes I asked you to please read what is on my PSI report. You did not read it to me. Sir, I would like to know what is in the report.

PLAINTIFF'S Exhibit "I"