# EXHIBIT J

2-26-05

To: Lorenzo Watkins # 209854          Dorm: 9

From: J. Hayes, Classification

Re: Meeting at last seg. Board.

    I have written Montgomery to determine why you are under the Restrictive category. (I have double-checked the manual and find it is still 3 not 2 shots.) However, You are still not eligible for work release due to the Murder conviction.
(Page 36 of the Manual item i state homicide cases are barred from Community placement.)

PLAINTIFF'S Exhibit "J"