# EXHIBIT K

To: Lorenzo Watkins # 209854          Dorm: 9

From: [signature] Hayes, Classification          03/01/2005

Re: Attached letter and response from Mr. Paul Whaley

    Attached is the letter you sent to Mr. Whaley and his response. His response is:

The information to why this is was faxed to Mr. Hayes 2/2/05.

---

You burned their house then murdered the female------

Your fixation is a matter of record---
Terrorizing then killing.

The crimes are related just do not happen at the same time.

*Plaintiff's Exhibit "K"*