# EXHIBIT L

N266

**STATE OF ALABAMA**
Department of Corrections
*Inmate Stationery*

March 2, 05

Dear Mr. Hayes,

Today, I received the response from Mr. Paul Whaley. It appears that there is some wrong information in my PSI report. I had a Plea Bargaining Agreement. I did not go to trial.

Sir, I would like to get a copy of my PIS report from you. You have my permission to take the money out of my account. Thank you for your helped in this matter.

Sincerely Yours,

Lorenzo Watkins
9A-19  209854

PLAINTIFF'S Exhibit "L"