# EXHIBIT M

4266

# STATE OF ALABAMA

### Department of Corrections
#### Inmate Stationery

Limestone Correctional Facility
Dorm 9-A-19
28779 Nick Davis Rd.

Mr. Paul Whaley                                    March 5,05
Central Records Division
Alabama Department of Corrections
P.O. Box 30501
Montgomery, Al. 36130-1501

Re: Lorenzo Watkins #209854

PLAINTIFF'S
Exhibit
"M"

Dear Mr. Whaley:

I received your response this past past week.
Sir, I had a plea bargain. There is no way the DA
would have offer me twenty five years if I had
shot and burn the victim. This is Capital
Murder. You are trying to judge me again. My
case is a Domestic Case. That victim you
are talking about is my girlfriend of twelve
years. You talked if I have done something
to her for no reason. She was no saint either.
Mr. Whaley, I was stabbed twice by my girlfriend
over a period of seven years. The Judge, DA and
Mr. Hayes know about it. I have sented two
incidents report from the Montgomery Police Department
to you. (enclosed)

Also, Mr. Whaley, I have done research on the following
Categ(ies) of offender will require the R suffix.
[ ] 3rd; category is the same as heinous. I quoted
it back to you. Sir, Show me in this category

# STATE OF ALABAMA

### Department of Corrections
### Inmate Stationery

where my crime is related to a heinous crime. Also On May 31,99, I was accused of burning a sectional sofa. Here again Sir, you act like I burned the entire house to the ground. There was one room mess up. This is no terroristic crime. You act saying that my crime is political. It is amazing that you are trying to judge me again. Sir I can accepted what I've done. However, I had a reason. I feared for my life too. She told me that she was going to shoot me again. I believed her because she has shown me. Enclosed is a copy of your classification manual date it 5/10/02 from pages 101 and 102 Add Appendix D Please show me how you came up with this resolution that my crime is a heinous crime, Sir!

Thank you for your helped in this matter.

Sincerely Yours,

Lorenzo Watkins
209854

Until this present date, I've not heard from Mr. Paul Whaley

PLAINTIFF'S Exhibit "M"