# EXHIBIT N

N266

**STATE OF ALABAMA**
Department of Corrections
Inmate Stationery

March 17, 05

Dear Mr. Hayes,

On March 2, 05, I wrote you a letter. I asked you about getting a copy of my PSI report. Also, I gave you permission to take the money out of my account for these copies. Until this present date, I have not heard from you. I have no choice but. I'm willing to used the resources available to me. I'm willing to go to any lengths to resolve this problem. Mr. Hayes, I sincerely appreciated your assistance in helping me solved this problem. This is a very important issue. Thank You.

Sincerely Yours,
Lorenzo Watkins 209854

Dorm 9A-19

PLAINTIFFS Exhibit "N"