# EXHIBIT O

To: Lorenzo Watkins     # 209854        Dorm 9

From: J. Hayes, Classification            03/22/2005

Re: request for copy of PSI

    I have previously responded to you on this matter advising that DOC can not make and send to an inmate a copy of the PSI. I only know of two ways you may obtain a copy. 1 is to write the Parole Board and request copies. The second is to obtain a court order signed by a judge for the Parole Board to provide you with a copy of the PSI.

Plaintiffs Exhibit "O"