# EXHIBIT P

**STATE OF ALABAMA**
Department of Corrections
Inmate Stationery

March 23, 05

Dear Mr. Hayes,

On March 22, 05, I did received your letter about my PSI. Sir, this is not about the Parole Board. This is about the Department of Correction, and my classification which seems to be based on my PSI report. I have a right to know if there is false information in my PSI report that has an adversed effect on my classification as being a heinous-restrictive offender. When I make this determination by reviewing my PSI report I'll determined what actions if any is necessary against the Parole Board.

I would also add that I know of no rule where an inmate cannot have a copy of his PSI report since it is about him. How else would the inmate learned about the false information and have it corrected? Mr. Hayes "I would like a copy of my PSI report." Sir, I sincerely appreciated your help in this matter.

Sincerely Yours,

Lorenzo Watkins

B/209854   Dorm 9A-19

PLAINTIFFS Exhibit "P"