IN THE UNITED STATES DISTRICT COURT FOR THE

MIDDLE DISTRICT OF ALABAMA

RECEIVED
2005 MAY 18 A 9: 37

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

AFFIDAVIT IN SUPPORT OF REQUEST TO PROCEED
IN FORMA PAUPERIS

Lorenzo Watkins #209854R
Plaintiff(s)

CA: 2:05cv462-F

v.

Paul Whaley, Director of Classification
Jim Hayes, Classification Supervisor
Defendant(s)

I, Lorenzo Watkins #209854R, being first duly sworn, depose and say that I am the plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief. I recognize that I may be prosecuted for any false statement which I may make herein.

I further swear that the responses which I have made to questions and instructions below are true.

1. Are you presently employed?   Yes ( )   No (X)

   A. If the answer is YES, state the amount of your salary or wages per month, and give the name and address of your employer. ___N/A___

   B. If the answer is NO, state the date of last employment and the amount of salary or wages per month, and give the name and address of your employer. ___1999   Approximately $1,200 per month___

2. Have you received within the past twelve months any money from any of the following sources?

   A. Business, profession, or form of self-employment?   Yes ( )   No (X)

   B. Rent payments, interest, or dividends?   Yes ( )   No (X)

   C. Pensions, annuities, or life insurance payments?   Yes ( )   No (X)

   D. Gifts or inheritances?   Yes ( )   No (X)

   E. Any other sources?   Yes (X)   No ( )

If the answer to any of the above is YES, describe each source of money and state the amount received from each during the past twelve months. ___Family members - average $50.00 per month___

3.  Do you own cash, or do you have money in a checking or savings account? [Include any funds in prison accounts].                    Yes (x)   No ( )

    If the answer is YES, state the total value of the items owned. _____

    __$8.57 in prison account_____

4.  Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property [excluding ordinary household furnishings and clothing]?   Yes ( )   No (X)

    If the answer is YES, describe the property and state its approximate value. _____

    _____N/A_____

5.  List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support. _____

    _____None_____

            X Lorenzo Watkins
            Signature of Affiant

STATE OF ALABAMA        )
COUNTY OF _____)

    Before me, a Notary Public in and for said County, in said State, personally appeared _____
_____, whose name is signed to the foregoing complaint, who being first duly sworn, deposes on oath and says:

    That the information set forth in the foregoing affidavit is true and correct to the best of his knowledge and belief.

                                    _____
                                    Signature of Affiant

Sworn to and subscribed before me on this _____ day of _____, 19_____.

                                    _____
                                    NOTARY PUBLIC
                                    _____ County, Alabama
                                    My Commission Expires: _____

## O R

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___4-26-05___.
              (date)

X_Lorenzo Watkins_____
            Signature of Affiant

## CERTIFICATE

I hereby certify that the plaintiff herein has the sum of $ _8.57_ on account to his credit at the _Limestone Correctional Facility_ institution where he is confined. I further certify that plaintiff likewise has the following securities to his credit according to the records of said institution: _N/A_

I further certify that he has had the average sum on account at this institution as of the first day of each month of the immediate preceding months [not to exceed six (6) months].

A. $_____ on the first day of _____
B. $_____ on the first day of _____
C. $_____ on the first day of _____ _attached_
D. $_____ on the first day of _____
E. $_____ on the first day of _____
F. $_____ on the first day of _____

_Martha Hunter_  _Acct Clerk_
Authorized Officer of Institution

Date: ___4/26/05___

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
LIMESTONE CORRECTIONAL FACILITY

AIS #: 209854          NAME: WATKINS, LORENZO                    AS OF: 04/26/2005

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|---|---|---|---|
| APR | 4  | $2.22  | $0.00 |
| MAY | 31 | $4.27  | $20.00 |
| JUN | 30 | $17.09 | $72.00 |
| JUL | 31 | $10.63 | $52.00 |
| AUG | 31 | $5.09  | $50.00 |
| SEP | 30 | $1.59  | $52.00 |
| OCT | 31 | $10.05 | $55.00 |
| NOV | 30 | $0.00  | $0.00 |
| DEC | 31 | $21.95 | $155.00 |
| JAN | 31 | $8.16  | $35.00 |
| FEB | 28 | $5.59  | $40.00 |
| MAR | 31 | $1.79  | $40.00 |
| APR | 26 | $10.67 | $115.00 |