| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Paul Whaley II*   ☐ Agent  ☒ Addressee<br>B. Received by (Printed Name): PAUL WHALEY II   C. Date of Delivery: 23 May 01 |
| 1. Article Addressed to:<br><br>Paul Whaley<br>Director of Classification<br>Central Records Division<br>Alabama Dept of Correction<br>P O Box 301501<br>Montgomery, Al 36130-1501 | D. Is delivery address different from item 1?  ☐ Yes<br>    If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered       ☒ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label)   7004 2510 0001 0150 4644 | |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540