

DEFENDANT'S EXHIBIT 2

c. <u>Inmates convicted of drug trafficking</u>. Current policy also requires that the details of a drug offense be used rather than how the crime may have come to be titled. Therefore, even if an inmate was allowed to plead a trafficking case down to a less serious offense such as distribution, sales, or possession, the amount of drugs involved will determine whether that individual is eligible for consideration for community custody.

d. <u>Must not be convicted of stalking</u>, or crime involving stalking of victim.

e. <u>Must not be or have been convicted of any crime or attempted crime which has details of carjacking</u>, or crime involving carjacking. Carjacking is defined as "the taking of a motor vehicle from the person or custody of another, with intent to either permanently or temporarily deprive the person or owner of the motor vehicle, when in the course of the taking there is the use of force, violence, assault or putting in fear." This can either be the primary focus of the offense in point or an act which occurs during the commission of another crime.

f. <u>Gang related homicides</u>. This includes all participants.

g. <u>Inmates with a felony conviction for assault or attempted assault on a police officer, corrections officer, or corrections employee</u>. Inmates who have cases wherein the details of the crime reflect behavior which could be construed by the Code of Alabama or constitute a felony assault upon the above even though not so convicted of such will be reviewed on a case by case basis. Such offenders by their conduct constitute a grave societal risk and should be so considered. Assault (disciplinary or behavior) on DOC personnel where there is physical injury, but no subsequent conviction will be considered on an individual basis.

*Serious injury is defined in Alabama Criminal Code 13A-1-2(9) (1975) as physical injury which creates a substantial risk of death, or which causes serious and protracted disfigurement, protracted impairment of health or protracted loss of impairment of the function of any bodily organs.

h. <u>Inmates convicted of a violent crime on escape, SIR, PDL or work release</u>.

i. <u>Homicide cases</u> are barred from community placement and custody. Any offender whose crime involves DUI behavior which results in the death of any victim regardless of how the offense may come to be titled is included in this category. NOTE: These offenders may be considered on a case by case basis for Level II.

j. <u>Escape or attempted escape with serious injury</u> (past or present)

k. <u>Three or more offenses involving either the threat of a weapon or injury resulting from the use of a weapon</u>. NOTE: Robbery of three people in the same offense would not fit in this category.

Change 1
07/09/04                                36