IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LORENZO WATKINS, AIS #209854, | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION No. 2:05-cv-462-F ) |
| PAUL WHALEY, *et al.*, | ) ) ) |
| Defendants. | ) |

## ANSWER OF DEFENDANTS PAUL WHALEY AND JIM HAYES

Come now the defendants, through the undersigned counsel, and in compliance with this Honorable Court's May 19, 2005, Order, hereby submit the following Answer:

1. The defendants deny that they have violated Watkins' constitutional rights.

2. The defendants assert that the plaintiff has been denied work release because he is ineligible for community placement as a result of his murder conviction.

3. Watkins has been placed in restrictive custody because his history of burning his victim's house, slashing her tires, and threatening her person prior to her murder amount to terroristic homicide.

4. The defendants deny all allegations not expressly admitted herein and demand strict proof of the same.

## AFFIRMATIVE DEFENSES

1. The plaintiff has no liberty interest in work release or his custody status, and thus has no due process rights to be violated.

2. The defendants are entitled to discretionary function immunity because classification is a discretionary task, and the plaintiff identifies no well-established law putting the defendants on notice that their actions violated his constitutional rights.

3. Watkins fails to state a causal link between any action of Defendants Whaley and Hayes and his alleged injury.

                                             Respectfully Submitted,

                                             Troy King
                                             Attorney General


                                             s/Andrew Hamilton Smith
                                             Andrew Hamilton Smith (SMI 263)
                                             Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that I have, this the 28th day of June, 2005, served a copy of the foregoing upon the plaintiff by placing same in the United States Mail, postage prepaid and properly addressed as follows:

Mr. Lorenzo Watkins
AIS# 209854
Limestone Correctional Facility
28779 Nick Davis Road
Harvest, AL 35749

                                                            s/Andrew Hamilton Smith
                                                            Andrew Hamilton Smith (SMI 263)
                                                            Assistant Attorney General

**ADDRESS OF COUNSEL**
Office of the Attorney General
11 South Union Street
Montgomery, Alabama 36130
(334) 353-7555