IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LORENZO WATKINS, #209854, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:05-CV-462-F |
| | ) |
| PAUL WHALEY, et al., | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

Upon review of the special report filed by the defendants on June 28, 2005, and for good cause, it is

ORDERED that on or before July 8, 2005 the defendants shall file a supplement to their report which contains an affidavit from defendant Whaley addressing the plaintiff's claims against him.

Done this 29th day of June, 2005.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED   STATES   MAGISTRATE   JUDGE