IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LORENZO WATKINS, <br> AIS #209854, <br><br> Plaintiff, <br><br> vs. <br><br> PAUL WHALEY, *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION No. 2:05-cv-462-F <br> ) <br> ) <br> ) <br> ) |

## SUPPLEMENTAL SPECIAL REPORT FOR DEFENDANTS PAUL WHALEY AND JIM HAYES

Come now the defendants, through undersigned counsel, and in compliance with this Honorable Court's June 29, 2005, Order, hereby submit the following Supplemental Special Report:

### DEFENDANTS' EXHIBITS

The defendants present the following exhibits:

Exhibit 3 – Affidavit of Paul Whaley

Exhibit 4 – Pre-Sentence Investigation Report of Lozenzo Watkins

Exhibit 5 – Classification Memo from Department of Corrections Assistant Director of Classification C. Golson.

### FACTS

The plaintiff, Lorenzo Watkins, was sentenced for convictions of murder and arson on March 15, 2000. (Plaintiff's Ex. A.) These convictions occurred after Watkins set his

girlfriend's house of fire on July 9, 1999, and shot her twice on September 9, 1999. (Plaintiff's Exs. B; C.) In between these actions, a police report indicates that Watkins slashed his victim's tires and issued to her verbal threats of bodily harm. (Plaintiff's Ex. C.) After Watkins' sentencing, the ADOC Central View Board and Classification Director Paul Whaley placed Watkins in restrictive custody, based on the above evidence that Watkins committed a terroristic homicide. (Plaintiff's Ex. H; K.) Department of Corrections Assistant Classification Director Carolyn Golson specifically found that Watkins had engaged in a history of stalking and terrorizing his victim prior to the murder, and thus placed him in restrictive custody. (Ex. 5.) Moreover, Watkins' history as a former correctional officer mandates his placement in restrictive custody notwithstanding the details of his offense. (Ex. 3 at 2- 3.)

## CONCLUSION

Based on the foregoing, the defendants request that this Court enter summary judgment in their favor.

Respectfully Submitted,

Troy King
Attorney General

s/Andrew Hamilton Smith
Andrew Hamilton Smith (SMI 263)
Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that I have, this the 8th day of July, 2005, served a copy of the foregoing upon the plaintiff by placing same in the United States Mail, postage prepaid and properly addressed as follows:

Mr. Lorenzo Watkins
AIS# 209854
Limestone Correctional Facility
28779 Nick Davis Road
Harvest, AL 35749

s/Andrew Hamilton Smith
Andrew Hamilton Smith (SMI 263)
Assistant Attorney General

**ADDRESS OF COUNSEL**
Office of the Attorney General
11 South Union Street
Montgomery, Alabama 36130
(334) 353-7555