WATKINS, Lorenzo 209854

**DEFENDANT'S EXHIBIT 5**

# R

Dothan
5-28-04

A person who intentionally and repeatedly follows or harasses another and who has made a credible threat, with the intent to place that person in reasonable fear of death or serious bodily harm is guilty of the crime of <u>stalking</u>. Add the "R" suffix

"C"