IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

|  |  |
|---|---|
| LORENZO WATKINS,<br>#209854,<br><br>        Plaintiff,<br><br>vs.<br><br>PAUL WHALEY, et al.,<br><br>        Defendants. | Civil Action No. 2:05-CV-462-F |

## PLAINTIFF'S MOTION TO PRODUCE EXHIBITS

    Comes now Lorenzo Watkins, #209854, and he respectfully shows as follows:

    The Defendants filed a supplemental special report; and in support of this report, they submitted:

Exhibit 3 - Affidavit of Paul Whaley

Exhibit 4 - Pre-Sentence Investigation Report of Lorenzo Watkins

Exhibit 5 - Classification Memo from Department of Corrections Assistant
       Director of Classification C. Golson.

Plaintiff was not served a copy of these three (3) exhibits which prevents him from filing a response to the Defendants' report. Furthermore, the

Defendants allege in their reports that there are "police reports" which indicate that Plaintiff slashed the victim's tires, threatened the victim with bodily harm, stalked the victim, and terrorizing the victim but have submitted no documentation which supports these allegations.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court order the Defendants to provide him a copy of Exhibit 3, Exhibit 4, Exhibit 5, and any police reports they have alluded to in their reports concerning his conduct.

Date: July 14, 2005

Respectfully submitted,

*Lorenzo Watkins*

Lorenzo Watkins #209854
Limestone Correctional Facility
Dorm 9-A-19
28779 Nick Davis Road
Harvest, Alabama 35749

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing motion on the Defendant's attorney, Honorable Andrew Hamilton Smith, Assistant Attorney General, at his office: Office of the Attorney General, 11 South Union Street, Montgomery, Alabama 36130 by placing a copy of the same in the U.S. mail, postage prepaid this date.

Done this the 14th day of July, 2005.

*Lorenzo Watkins*
Lorenzo Watkins #209854