IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

| | |
|---|---|
| LORENZO WATKINS, #209854, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) Civil Action No. 2:05-CV-462-F |
| PAUL WHALEY, et al., | ) |
| Defendants. | ) |

PLAINTIFF'S MOTION TO HOLD ORDER IN ABEYANCE

Comes now Lorenzo Watkins, #209854, and he respectfully shows as follows:

On July 8, 2005, this Honorable Court issued an order that Plaintiff would have until July 28, 2005, to file a response to the Defendants' written reports. Plaintiff requests that this order be held in abeyance until such time as the Defendants serve upon him Exhibit 3, Exhibit 4, Exhibit 5, and the "police reports" they refer to in their pleadings ( See attached Motion to Produce Exhibits ).

Date: July 14, 2005

Respectfully submitted,

*Lorenzo Watkins*

Lorenzo Watkins #209854
Limestone Correctional Facility
28779 Nick Davis Road
Harvest, Alabama 35749

-1-

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing motion on the Defendants' attorney, Honorable Andrew Hamilton Smith, Assistant Attorney General, at his office: Office of the Attorney General, 11 South Union Street, Montgomery, Alabama 36130 by placing a copy of the same in the U.S. mail, postage prepaid this date.

Done this the 14th day of July 2005.

*Lorenzo Watkins*
Lorenzo Watkins #209854