IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LORENZO WATKINS, #209854, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:05-CV-462-F |
| | ) |
| PAUL WHALEY, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon review of the document filed by the plaintiff on July 18, 2005 (Court Doc. No. 13), which the court construes as a motion for extension of time, and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.  It is further

ORDERED that the plaintiff be granted an extension from July 28, 2005 to and including August 30, 2005 to file a response to the defendants' written report.

Done this 20th day of July, 2005.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE