IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LORENZO WATKINS, #209854, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05-CV-462-F |
| | ) |
| PAUL WHALEY, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for production of exhibits and documents filed by the plaintiff on July 18, 2005 (Court Doc. No. 12), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that on or before August 12, 2005 the defendants shall furnish to the plaintiff copies of (i) all exhibits filed with their special report, and (ii) any police reports or other documents within their care, custody or control which support the allegations contained in their special report that Watkins slashed the victim's tires and threatened, stalked and terrorized the victim. If no such reports or documents exist, the defendants shall so advise the court.

Done this 2nd day of August, 2005.

/s/ Delores R. Boyd

UNITED STATES MAGISTRATE JUDGE