IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LORENZO WATKINS, #209854, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 2:05-CV-462-F |
| ) | |
| PAUL WHALEY, et al., ) | |
| ) | |
| Defendants. ) | |

## AFFIDAVIT

Comes now Artis L. Parrish, who is over the age of twenty-one years, and who is a resident citizen of the State of Alabama, and he makes the following sworn statement:

I am a retired Air Force Senior Master Sergeant. Currently, I am working at the VA Hospital in Montgomery, Alabama located on Perryhill Road.

I have known Lorenzo Watkins, and the victim in this case, Labertha Annie Gilmer Sanders, for over ten (10) years. Labertha loved Lorenzo, but she was a jealous and dangerous woman at times. They lived together on Holt Street. Labertha shot Lorenzo on two different occasions, in the back and leg, just over arguing. Many times Lorenzo told me that Labertha said she was going to shoot

Page 1 of 2   Plaintiff's Exhibit "R"

him again. It was Lorenzo who was afraid of Labertha, not the other way around. Lorenzo and Labertha loved each other, but they had a stormy relationship.

Labertha and Lorenzo called me all the time. We were like family. So, if there had been any stalking or terrorizing by Lorenzo against Labertha she would have told me about it...but never did. I also know of no such act by Lorenzo.

When Labertha shot Lorenzo twice (putting him in the hospital for a month one of the times), Lorenzo's family was mad at her for shooting Lorenzo. This time it is Labertha's family who is mad and who are making unfounded allegations against Lorenzo.

For the record I will also say that the Arson charge against Lorenzo ( the sofa ) has nothing to do with the later murder charge.

I declare that the above and foregoing is true and correct.

Artis L. Parrish
3761 Berkley Road
Montgomery, Alabama 36111-2527


SWORN TO AND SUBSCRIBED before me on

this the 12th day of July, 2005.

My Commission expires: 2-17-07

Notary