INMATE COPY

```
ALABAMA DEPARTMENT OF CORRECTIONS - PROGRESS REVIEW FORM - MARCH 31, 2003
                                  (COU122)
AIS #: 00209854        SSN: 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   RACE/SEX: B/M    DATE OF BIRTH: 04/12/1955
NAME: WATKINS, LORENZ                     CUSTODY: MED9    SECURITY LEVEL: 4
INST: LIMESTONE CORRECTIONAL CENTE        TIME SRVD: 03Y06M22   LAST DISC:
CRME: MURDER                              MIN REL DT: 09/05/2024   ACTIVE DET: 0
DISC: HAS RECEIVED NO DISCIPLINARIES   PRL CONS: 01/01/2008   EDUCAT LEV: 16
WL/PGM:
                                       PRIM OCCUP: UNKNOWN
```

RECOMMENDED INSTITUTION: LCF-P.C.                    RECOMMENDED CUSTODY: Med.

JUSTIFICATION: Annual review with no change recommended per manual criteria. Inmate is convicted for Murder and is not within the three year time frame for custody. He is inPPC due to prior employment as a correctional officer. He has no negative actions since incarceration. He has completed several mental health wrokshops. ✓ SAP.

Last review: 4/02//NSP//PM: 4/17/2000//Religion:02

I CERTIFY ENEMY LIST WAS REVIEWED AND UPDATED: NA  S/C 3/31-03

CLASSIFICATION SPECIALIST  4/17/03  DATE           APP. S/L: 4.17.03
                                                   WARDEN OR DESIGNEE   DATE

PSYCHOLOGIST/PSYCHOLOGIST'S ASSOC.  DATE    CLASSIFICATION COORDINATOR  DATE

CENTRAL REVIEW BOARD ACTION

__ APPROVED __ DENIED; DIVERTED TO: ____    REASONS: _____

                                            CRB MEMBER              DATE

__ APPROVED __ DENIED; DIVERTED TO: ____    REASONS: _____

                                            CRB MEMBER              DATE

__ APPROVED __ DENIED; DIVERTED TO: ____    REASONS: _____

                                            CRB MEMBER              DATE

FINAL DECISION: INST LCF-PC / CUSTODY Med  DATE 4/17/03
DATE INMATE INFORMED: 4/17/03   INMATE'S SIGNATURE: Lorenzo Watkins

PLAINTIFF'S EXHIBIT "J"

ENTERED

4-23-03