```
ALABAMA DEPARTMENT OF CORRECTIONS - PROGRESS REVIEW FORM -    APRIL  15, 2004
=================================(COJ122)======================================
AIS #: 00209854      SSN: 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  RACE/SEX:  B/M    DATE OF BIRTH: 04/12/1955
NAME: WATKINS, LORENZO                 CUSTODY:   MED9  SECURITY LEVEL: 4
INST: LIMESTONE CORRECTIONAL CENTE     TIME SRVD: 04Y07M08 LAST DISC:
CRME: MURDER                           MIN REL DT: 09/05/2024 ACTIVE DET:  0
DISC: HAS RECEIVED NO DISCIPLINARIES  PRL CONS:  01/01/2008 EDUCAT LEV: 16
WL/PGM: _____  PRIM OCCUP: UNKNOWN
```

RECOMMENDED INSTITUTION: **LCF-PC**                RECOMMENDED CUSTODY: **Med.**

JUSTIFICATION: Annual review with no change recommended per manual as he is not with the three year period of release date on a murder conviction. He has no negative actions since incarceration.

He ahs completed several mental health workshops as well as SAP. Victim was shot twice. He is in PC due to prior employment as a correctional officer.

Last review: 4/03=no change//NSDL//DNA: 4/17/2000/Religion:02

I CERTIFY ENEMY LIST WAS REVIEWED AND UPDATED: N/A SX 4-15-04

CLASSIFICATION SPECIALIST   4/23/04 DATE          WARDEN OR DESIGNEE    DATE
PSYCHOLOGIST/PSYCHOLOGIST'S ASSOC.  DATE          CLASSIFICATION COORDINATOR DATE

CENTRAL REVIEW BOARD ACTION

___ APPROVED ___ DENIED; DIVERTED TO: _____  REASONS: _____

                                              CRB MEMBER            DATE
___ APPROVED ___ DENIED; DIVERTED TO: _____  REASONS: _____

                                              CRB MEMBER            DATE
___ APPROVED ___ DENIED; DIVERTED TO: _____  REASONS: _____

FINAL DECISION: INST  LCF-PC  CUSTODY  med    CRB MEMBER  4-23-04   DATE
DATE INMATE INFORMED: 4/23/04  INMATE'S SIGNATURE: Lorenzo Watkins

Plaintiff's Exhibit "1"

ENTERED

4/27/04