```
ALABAMA DEPARTMENT OF CORRECTIONS - PROGRESS REVIEW FORM -  MARCH  30, 2005
========================================(COJ122)==============================
AIS #: 00209854R      SSN: 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    RACE/SEX:  B/M    DATE OF BIRTH: 04/12/1955
NAME: WATKINS, LORENZO                    CUSTODY:   MED9   SECURITY LEVEL: 4
INST: LIMESTONE CORRECTIONAL CENTE        TIME SRVD: 05Y06M22   LAST DISC:
CRME: MURDER                              MIN REL DT: 09/05/2024   ACTIVE DT: 0

DISC: HAS RECEIVED NO DISCIPLINARIES   PRL CONS: 01/01/2008  EDUCAT LEV: 16
WL/PGM:                                PRIM OCCUP: UNKNOWN
```

RECOMMENDED INSTITUTION: LCF-P.C.                           RECOMMENDED CUSTODY: Minb

JUSTIFICATION: Annual review with recommendations for custody change to Minimum. He is convicted of Murder and Arson with details leading to CRB's determaning him as "Restricted" due to "Stalking" behavior1 He is with in the guidelines for custody but not eligible for any less restrictive placement. He has completed SAP and several Mental Health programs.

He is not reported as being active in aftercare. He has no disciplinary actions. He is in P.C. due to prior employment as a Correctional Officer Last review: 4/04-No Change//BSDL//DNA:04/17/2000.

I CERTIFY ENEMY LIST WAS REVIEWED AND UPDATED: N/A (S) 3-30-05    APP S/L: * DISSENT
_____  4-14-05                         _____ 4/14/05
CLASSIFICATION SPECIALIST       DATE                       WARDEN OR DESIGNEE    DATE

_____        _____
PSYCHOLOGIST/PSYCHOLOGIST'S ASSOC.  DATE  CLASSIFICATION COORDINATOR  DATE

                    CENTRAL REVIEW BOARD ACTION

✓ APPROVED  ___ DENIED; DIVERTED TO: ___   REASONS:
                                           _____ 5/10/05
                                           CRB MEMBER         DATE

___ APPROVED  ___ DENIED; DIVERTED TO: ___  REASONS:

                                            CRB MEMBER         DATE

___ APPROVED  ___ DENIED; DIVERTED TO: ___  REASONS:

                                            CRB MEMBER         DATE

FINAL DECISION: INST LCF-PC  CUSTODY  M   DATE 5/10/05
DATE INMATE INFORMED: 4-14-05   INMATE'S SIGNATURE: X

Plaintiff's Exh.1 "U"          DOS 5/26/05    Refused to sign
                                              * J3 IS ARGUMENTIVE -
                                              Also BAD ATTITUDE -