IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

RECEIVED

2005 AUG 10 A 9: 43

U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| LORENZO WATKINS, #209854R, | ) ) ) ) ) |
| Plaintiff, | ) ) ) ) ) |
| VS. | ) Civil Action No. 2:05-CV-462-F ) ) ) |
| PAUL WHALEY, Director of Classification; and JIM HAYES, Classification Supervisor, | ) ) ) ) ) ) |
| Defendants. | ) ) ) ) |

Plaintiff's Motion To Amend Complaint

By Adding A Defendant

Comes now Lorenzo Watkins #209854R, Plaintiff in the above-styled cause, and he respectfully requests that this Honorable Court permit him to amend his §1983 action by adding William C. Segrest, Executive Director of the Alabama Board of Pardons & Paroles as a Defendant. In support of this motion, Plaintiff shows as follows:

-1-

A convicted inmate's PSI Report ( Pre-Sentence Investigation ) is prepared by an employee of the Alabama Board of Pardons & Paroles; and these employees are under the supervision of the Executive Director, William C. Segrest.

The information in the PSI Report that Plaintiff sent a threatening message to the victim and cut all four of the victim's tires ( See Defendant's Exhibit 4 ) is clearly hearsay uninvestigated or proven statements ( For instance, where is the police report of the tire cutting allegations and where is the evidence that Plaintiff committed this act...if it even occurred at all? ). The present Defendants, Paul Whaley and Jim Hayes should have known that it would be improper to use these statements to classify Plaintiff as "R" status...but the writer of the PSI Report, an employee of the Alabama Board of Pardons & Paroles, should have known not to place this uninvestigated and unproven information in the report to begin with.

Plaintiff would like to add the Executive Director, William C. Segrest, as a Defendant in this cause with the requested relief that he expunge this information from the PSI report.

WHEREFORE, Plaintiff prays that this motion be granted and that Mr. Segrest be served a copy of all pleadings filed with this Honorable Court to date.

Date: August 6, 2005

Respectfully submitted,

*Lorenzo Watkins*

Lorenzo Watkins #209854R
Dorm 9-A-19
Limestone Correctional Facility
28779 Nick Davis Road
Harvest, Alabama 35749

## CERTIFICATE OF SERVICE

    I hereby certify that I have served a copy of the above and foregoing motion to amend on the Defendants' attorney: Honorable Andrew Hamilton Smith, Assistant Attorney General, at his office: Office of the Attorney General, 11 South Union Street, Montgomery, Alabama 36130 by placing a copy of the same in the U.S. mail, postage prepaid, this date.

Done this the 6th day of August, 2005.

                                                                    /s/ Lorenzo Watkins  
                                                                     Lorenzo Watkins #209854R