IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LORENZO WATKINS, #209854, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05-CV-462-F |
| ) | |
| PAUL WHALEY, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

On August 10, 2005, the plaintiff, Lorenzo Watkins ["Watkins"] filed a motion to amend in which he seeks to name William C. Segrest ["Segrest"], Executive Director of the Alabama Board of Pardons and Paroles ["the Board"], as a defendant in this cause of action. The plaintiff asserts that an employee of the Board prepared his pre-sentence investigation ["PSI"] report which contains hearsay and unproven statements. Watkins argues that Segrest should be held responsible for the actions of this employee due to his supervisory role with the Board. Upon consideration of the motion to amend, and as a defendant cannot be held liable in an action brought pursuant to 42 U.S.C. § 1983 under the theory of respondeat superior or on the basis of vicarious liability, *Belcher v. City of Foley*, 30 F.3d 1390, 1396 (11th Cir. 1994), *Brown v. Crawford,* 906 F.2d 667, 671 (11th Cir. 1990), *Zatler v. Wainwright*, 802 F.2d 397, 401 (11th Cir. 1986), it is

ORDERED that the motion to amend be and is hereby DENIED.

Done this 12th day of August, 2005.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE