IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

RECEIVED
2005 AUG 19 A 9:41

|  |  |  |
|---|---|---|
| LORENZO WATKINS, #209854R, | ) ) ) ) | |
| Plaintiff, | ) ) ) ) | |
| VS. | ) ) ) | Civil Action No. 2:05-CV-462-F |
| PAUL WHALEY, Director of Classification; and JIM HAYES, Classification Supervisor, | ) ) ) ) ) ) | |
| Defendants. | ) ) ) ) | |

## MOTION FOR PRODUCTION OF DOCUMENTS

Comes now Lorenzo Watkins #209854R, Plaintiff in the above styled cause, and pursuant to Rule 34, Federal Rules of Civil Procedure, he requests that the Defendants provide to him a copy of the last page(s) of the PSI Report, submitted as Defendants' Exhibit "4", which shows the name and identity of the person who prepared

1

the PSI report. These pages were not included with the copy previously provided to Plaintiff by the Defendants.

Date: August 16, 2005                    Respectfully submitted,

*Lorenzo Watkins*
Lorenzo Watkins #209854R
Limestone Correctional Facility
Dorm 9-A-19
28779 Nick Davis Road
Harvest, Alabama 35749

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing "Motion For Production of Documents" on counsel for the Defendants, the Honorable Andrew Hamilton Smith, Assistant Attorney General, at his office: Office of the Attorney General, 11 South Union Street, Montgomery, Alabama 36130 by placing a copy of the same in the U.S. mail, postage prepaid, this date.

Done this the 16th day of August, 2005.

*Lorenzo Watkins*
Lorenzo Watkins #209854R