IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

RECEIVED

2005 AUG 19 A 9: 41

|  |  |  |
|---|---|---|
| LORENZO WATKINS, #209854R, | ) ) ) ) ) | |
| Plaintiff, | ) ) ) ) | |
| VS. | ) ) ) ) | Civil Action No. 2:05-CV-462-F |
| PAUL WHALEY, Director of Classification; and JIM HAYES, Classification Supervisor, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) ) | |

PLAINTIFF'S FIRST SET OF INTERROGATORIES

TO THE DEFENDANTS

Comes now Lorenzo Watkins #209854R, Plaintiff in the above styled cause, and pursuant to Rule 33, Federal Rules of Civil Procedure, he requests that the Defendants answer the following interrogatory:

1

1.  Provide the name, title, and address of the person who wrote the PSI Report concerning Plaintiff and marked as Defendants' Exhibit "4" in the present case?


Date: August 16, 2005

*Lorenzo Watkins*
Lorenzo Watkins #209854R
Limestone Correctional Facility
Dorm 9-A-19
28779 Nick Davis Road
Harvest, Alabama 35749


## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing "Plaintiff's First Set of Interrogatories to the Defendants" on counsel for the Defendants, the Honorable Andrew Hamilton Smith, Assistant Attorney General, at his office: Office of the Attorney General, 11 South Union Street, Montgomery, Alabama 36130 by placing a copy of the same in the U.S. mail, postage prepaid, this date.

Done this the 16th day of August, 2005.

*Lorenzo Watkins*
Lorenzo Watkins #209854R