IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LORENZO WATKINS, #209854, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:05-CV-462-F |
| | ) |
| PAUL WHALEY, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for production of documents filed by the plaintiff on August 19, 2005 (Court Doc. No. 19), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.  It is further

ORDERED that on or before August 29, 2005 the defendants shall file with the court and provide to the plaintiff a ***complete copy*** of the PSI report prepared in response to the plaintiff's murder conviction.

Done this  22nd day of August, 2005.

/s/ **Delores R. Boyd**
UNITED   STATES   MAGISTRATE   JUDGE