IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

| | |
|---|---|
| LORENZO WATKINS, #209854R, | ) ) ) ) |
| Plaintiff, | ) ) ) ) ) |
| VS. | ) Civil Action No. 2:05-CV-462-F ) ) ) |
| PAUL WHALEY, Director of Classification; and JIM HAYES, Classification Supervisor, | ) ) ) ) ) ) |
| Defendants. | ) ) ) ) |

MOTION FOR ORDER TO COMPEL DISCOVERY

Comes now Lorenzo Watkins #209854R, Plaintiff in the above-styled cause, and pursuant to Rule 37, F.R.C.P., he respectfully requests that this Honorable Court issue an order to the Defendants to comply with discovery. Plaintiff shows as follows:

1

On August 19, 2005, Plaintiff filed a Motion For Production of Documents requesting the last pages of the PSI report that will show the name and identity of the person who prepared the PSI report. Plaintiff needs this information to determine whether or not the PSI report is an official document and to make the writer of that document a defendant in this action.

On August 22, 2005, this Honorable Court issued an order to the Defendants directing them to provide to Plaintiff a complete copy of the PSI report on or before August 29, 2005.

As of this date, the Defendants have not provided to Plaintiff a complete copy of the PSI report that will show the name and identity of the person who prepared the report.

WHEREFORE, Plaintiff requests that this Honorable Court order the Defendants to comply with this court's order of August 22, 2005.

Date: September 6, 2005

Respectfully submitted,

*Lorenzo Watkins*

Lorenzo Watkins #209854R
Limestone Correctional Facility
Dorm 9-A-19
28779 Nick Davis Road
Harvest, Alabama 35749

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing "Motion For Order To Compel Discovery" on counsel for the Defendants, the Honorable Andrew Hamilton Smith, Assistant Attorney General, at his office: Office of the Attorney General, 11 South Union Street, Montgomery, Alabama 36130 by placing a copy of the same in the U.S. mail, postage prepaid, this date.

Done this the 6th day of September, 2005.

                                                              *Lorenzo Watkins*
                                                   Lorenzo Watkins #209854R