IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LORENZO WATKINS, #209854, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05-CV-462-F |
| ) | |
| PAUL WHALEY, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon consideration of the motion for order to compel discovery filed by the plaintiff on September 12, 2005 (Court Doc. No. 22), and for good cause, it is

ORDERED that:

1. This motion be and is hereby GRANTED.

2. On or before September 19, 2005, the defendants shall file with the court and provide to the plaintiff a ***complete copy*** of the PSI report prepared in response to the plaintiff's murder conviction.

3. On or before September 19, 2005, the defendants shall show cause why sanctions should not be imposed upon them for their failure to file a response in compliance with the order entered on August 22, 2005 (Court Doc. No. 21).

Done this 12th day of September, 2005.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE