IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LORENZO WATKINS, AIS #209854 ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | 2:05-CV-462-F |
| PAUL WHALEY, ET AL. ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF COMPLIANCE WITH COURT'S ORDER AND RESPONSE TO SHOW CAUSE ORDER

COMES NOW the defendants, through undersigned counsel, and herby give the court notice of their compliance with the Court's September 12, 2005 order granting plaintiff's motion to compel production and ordering that a complete copy of the PSI report prepared in response to the Plaintiff's murder conviction, and requiring the defendants to show cause why sanctions should not be imposed for failure to comply with the Court's earlier order entered August 22, 2005, requiring production on or before August 29, 2005. A copy of the complete PSI report is attached hereto as Exhibit One.

In response to the Court's Order to Show Cause, defendants would offer to the Court the following:

1. This case was originally assigned to Assistant Attorney General Andrew H. Smith.

2. In August of 2005, Mr. Smith left his employment with the Attorney General's Office requiring his case files to be reassigned.

3.  The Court's August 22, 2005, order was received during a time when Mr. Smith's numerous files were being reviewed, and it was uncertain who would be assigned the case. Subsequently, by excusable neglect, the matter was inadvertently overlooked until receipt of Plaintiff's Motion to Compel. The moment undersigned counsel became aware of the delinquent status of Defendants' response to the Court's earlier order, the undersigned immediately took steps to secure a copy of the complete report for production, has attached a copy to this response and produced the copy to Plaintiff.

WHEREFORE, premises considered, Defendants respectfully requests that the Court accept Defendants response to its Show Cause Order.

Respectfully submitted,

TROY KING (KIN047)
Attorney General

/s/ Benjamin H. Albritton
Benjamin H. Albritton (ALB008)
Assistant Attorney General

ADDRESS OF COUNSEL:

Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7300

## CERTIFICATE OF SERVICE

I hereby certify that I have, this the 13th day of September, 2005, served a copy of the foregoing upon the Plaintiff by placing same in the United States Mail, postage prepaid and properly addressed as follows:

Lorenzo Watkins, AIS #209854
Limestone Correctional Facility
28779 Nick Davis Road
Harvest, AL 35749

/s/ Benjamin H. Albritton
Benjamin H. Albritton
Assistant Attorney General