IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

|  |  |
|---|---|
| LORENZO WATKINS, #209854R,  Plaintiff,  VS.  PAUL WHALEY, Director of Classification; and JIM HAYES, Classification Supervisor,  Defendants. | )))))))))))))))))))) Civil Action No. 2:05-CV-462-F |

PLAINTIFF'S MOTION TO AMEND COMPLAINT

BY ADDING A DEFENDANT AND GROUNDS

Comes now Lorenzo Watkins #209854R, Plaintiff in the above-styled cause, and he respectfully requests that this Honorable Court permit him to amend his Section 1983 action by adding Jeffery D. Jeter, Alabama Probation and Parole Officer, Alabama Board of Pardons & Paroles, as a Defendant. Plaintiff would also request

1

permission to add new grounds to this action that concern Mr. Jeter. In support of this motion, Plaintiff shows as follows:

The basis of Plaintiff's Section 1983 complaint is his prison classification ("R" - Restricted Status) based on erroneous information in his PSI Report. With a clear reading of the PSI Report, Defendants Whaley and Hayes should have known this information was hearsay statements…sometimes double hearsay…that had never been investigated and should not have used it to classify Plaintiff. Equally, however, proposed Defendant Jeffery D. Jeter, Alabama Probation and Parole Officer, should have never written the following statements in the PSI Report:

"Another witness stated she was given a message from the defendant to deliver to the victim. The message was stating "on everything I love, you need to get in touch with me tonight or else it's going to be some real trouble for you." This witness stated that she gave this message to the victim on Wednesday night, 9-7-99, at the Jackpot Bingo Hall located in the Normandale Shopping Center, Montgomery, Alabama. The victim told the witness on 9-8-99 that she had not talked to the defendant in a couple of weeks. The victim stated to this witness, that the defendant had cut all four of her tires to her vehicle approximately one week prior to this conversation. Another witness, Calvin Leon Thomas stated that he

observed the defendant on Wednesday, 9-8-99 at work and that the defendant had a weapon on his person, and was showing the weapon around at the Sarah Restaurant. Mr. Thomas also stated that he heard the message which was given to his girlfriend to relay to the victim."

These hearsay...some double hearsay...statements were written into the original police report. They were never investigated to determine whether or not any of them were true. These statements have not only prejudiced Plaintiff in the prison system concerning his classification but they will adversely affect Plaintiff when he is reviewed for parole. For these reasons, Plaintiff requests permission to amend this action by adding Jeffery D. Jeter, Alabama Probation and Parole Officer, as a Defendant in this action.

Also for these reasons, Plaintiff requests permission to add the following claim concerning Mr. Jeter:

## GROUND TWO

Plaintiff's Due Process rights have been violated by Jeffery D. Jeter, Alabama Probation and Parole Officer, when he placed uninvestigated and hearsay statements in the PSI Report he prepared concerning Plaintiff.

3

## ADDITIONAL RELIEF

And of course the additional requested relief would be that these statements be removed from the PSI Report.

## CONCLUSION

WHEREFORE, Plaintiff prays that this motion be granted and that the Defendant Jeffery D. Jeter, Alabama Probation and Parole Officer, be served at the Alabama Board of Pardons & Paroles with a copy of all the pleadings filed with this Honorable Court to date.

Date: September 29, 2005                    Respectfully submitted,

                                            /s/ Lorenzo Watkins
                                            _____
                                            Lorenzo Watkins #209854R
                                            Limestone Correctional Facility
                                            Dorm 9-A-19
                                            28779 Nick Davis Road
                                            Harvest, Alabama 35749

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing "Motion For Order To Compel Discovery" on counsel for the Defendants, the Honorable Benjamin H. Albritton, Assistant Attorney General, at his office: Office of the Attorney General, 11 South Union Street, Montgomery, Alabama 36130 by placing a copy of the same in the U.S. mail, postage prepaid, this date.

Done this the 29th day of September, 2005.

*Lorenzo Watkins*
Lorenzo Watkins #209854R