IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LORENZO WATKINS, #209854, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05-CV-462-F |
| | ) | |
| PAUL WHALEY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

Upon consideration of the *motion to amend* filed by the plaintiff on October 5, 2005 (Court Doc. No. 27), in which the plaintiff seeks to name Jeffery D. Jeter as a defendant and present additional grounds for relief, and for good cause, it is

ORDERED that:

1. This motion be and is hereby GRANTED.

2. Defendants Whaley, Hayes and Jeter undertake a review of the subject matter of the complaint, as amended, (a) to ascertain the facts and circumstances; (b) to consider whether any action should be taken to resolve the subject matter of the complaint; and (c) to determine whether other similar complaints should be considered together.

3. Defendants Whaley and Hayes shall file a supplemental written report and defendant Jeter shall file a written report containing the sworn statements of all persons having knowledge of the subject matter of the complaint, as amended. These reports shall be filed with the court and a copy served upon the plaintiff within forty (40) days of the date of this order. Authorization is hereby granted to interview all witnesses, including the plaintiff. <u>Whenever relevant, copies of medical and/or psychiatric records shall be attached</u>

to the written report.  Where the plaintiff's claims or the defendants' defenses relate to or involve the application of administrative rules, regulations or guidelines, the written report shall include copies of all such applicable administrative rules, regulations or guidelines.

4.  An answer shall be filed by the defendants to the complaint, as amended, within forty (40) days from the date of this order.

5.  No motion for summary judgment, motion to dismiss or any other dispositive motions addressed to the complaint, as amended, be filed by any party without permission of the court.  If any pleading denominated as a motion for summary judgment, motion to dismiss or other dispositive motion is sent to the court, the court shall not file or otherwise treat the pleading as a dispositive motion until and unless further order of the court.

**The plaintiff is CAUTIONED that this court will not continue to grant him leave to amend without a showing of exceptional circumstances.**

The CLERK is hereby DIRECTED to furnish a copy of this order to the plaintiff and a copy of this order, the complaint and amendment to the complaint to Jeffery D. Jeter and General Counsel for the Alabama Board of Pardons and Paroles.  A copy of this order and the amendment to the complaint shall likewise be furnished to counsel for defendants Whaley and Hayes.

Done this   6th   day of October, 2005.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE