IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

RECEIVED

2005 DEC -5  A 10: 53

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

|  |  |
|---|---|
| LORENZO WATKINS, #209854R, <br><br>Plaintiff, <br><br>VS. <br><br>PAUL WHALEY, Director of Classification; JIM HAYES, Classification Supervisor; and JEFFERY D. JETER, Alabama Probation and Parole Officer, <br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) Civil Action No. 2:05-CV-462-F ) ) ) ) ) ) ) ) ) ) ) ) |

## MOTION TO COMPEL

Comes now Lorenzo Watkins #209854R, Plaintiff in the above-styled cause, and he respectfully requests that this Honorable Court issue an order to Defendant Jeffery D. Jeter, Alabama Board of Pardons & Paroles and Defendants Whaley and Hayes to comply with

1

this court's order of October 6, 2005. In support of this motion, Plaintiff shows as follows:

After Plaintiff determined that Jeffery D. Jeter is the person who wrote the PSI Report, he filed a motion with this Honorable Court on September 29, 2005, requesting permission to amend his Section 1983 complaint by adding Mr. Jeter as a Defendant.

On October 6, 2005, this Honorable Court granted the motion to amend and ordered Defendant Jeffery D. Jeter to file a written report and ordered Defendants Whaley and Hayes to file a supplemental written report…all within forty (40) days. These reports would have been due, then, on November 15, 2005.

Defendants Whaley, Hayes, and Jeter have failed to file these written reports in compliance with this court's order.

This is the second instance in this case where the Defendants failed to comply with an order by this Honorable Court.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court compel the Defendants to comply with the October 6, 2005, order and also consider sanctions against the Defendants.

Date: December 1, 2005                    Respectfully submitted,

*Lorenzo Watkins*
Lorenzo Watkins #209854R
Limestone Correctional Facility
Dorm 9-A-19
28779 Nick Davis Road
Harvest, Alabama 35749


## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing "Motion to Compel" on the Honorable Benjamin H. Albritton, Assistant Attorney General, at his office: Office of the Attorney General, 11 South Union Street, Montgomery, Alabama 36130 by placing a copy of the same in the U.S. mail, postage prepaid, this date.

Done this the 1st day of December, 2005.

*Lorenzo Watkins*
Lorenzo Watkins #209854R