IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LORENZO WATKINS, #209854, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CIVIL ACTION NO. 2:05-CV-462-F |
| | ) |
| PAUL WHALEY, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion to compel filed by the plaintiff on December 5, 2005 (Court Doc. No. 29), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that on or before December 20, 2005 the defendants shall file a written report in compliance with the order entered on October 6, 2005. The Clerk is DIRECTED to provide a copy of this order and the order entered on October 6, 2005 to the General Counsel for the Alabama Department of Corrections and to the General Counsel for the Alabama Board of Pardons and Paroles.

Done this 5TH day of December, 2005.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE