**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

December 21, 2005

# NOTICE OF DOCKETING ERROR

To:     ALL COUNSEL OF RECORD

Case Style:   Lorenzo Watkins v. Paul Whaley, II, et al.

Case Number:   2:05-cv-00462-F

Docket Entry Number:   32

**The above referenced SPECIAL REPORT was e-filed on 12/20/05 without the proper electronic signatures.**

**Counsel later e-filed a corrected copy of the document (see entry #33). Therefore #32 Special Report is hereby STRICKEN from the record as a docketing error and the parties are instructed to disregard the entry on the court's docket for this case.**