## ALABAMA BOARD OF PARDONS AND PAROLES
## REPORT OF INVESTIGATION

Date Dictated  5-16-2000

Type of Investigation  LEGAL FACTS

Name  WATKINS, LORENZO          True Name  SAME

Alias  NONE NOTED

RSA  B-M  AGE- 45  DOB  4-12-55      Height  5'6"       Weight  165 LBS.

Complexion  MEDIUM      Color of Hair  BLACK      Color of Eye  BROWN

Bodily Marks  N/A

Driver License  N/A          Social Security  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

AIS#  209,854      FBI#  8164HA5          SID#  AL 01043744

Address     3309 CRYSTAL ROAD          Telephone No.  N/A

            MONTGOMERY, ALABAMA 36110

County  MONTGOMERY              Case#  CC 99-2149

Offense(s)  MURDER/ARSON-I

Sentence(s)  25 YEARS DOC EACH CASE (TO RUN CONCURRENT)

Date of Sentence  3-15-2000          Date Sentence Began  3-15-2000

Date of Arrest  9-9-99      Date of Bond            Bond Amt  $ 80,000.00

Judge  HONORABLE EUGENE W. REESE    District Attorney  ELLEN BROOKS (BAILEY)

Attorney  RICHARD KEITH          Retained  XX      Appointed

Court Ordered Restitution  $18,425.85

Barred From Parole (AL Code 15-22-27.1)  NO

Copies Sent to Central Records

Notes:

PBF 203

1

PLAINTIFF'S Exhibit "V"

### PRESENT OFFENSE(S)

**County, Case Number:**

Montgomery County, Circuit Court, CC 99-2149.

**Offense(s):**

Murder (count one)

**Sentence:**

25 years Department of Corrections.

**Date of Sentence:**

3-15-2000

**Details of Offense:**

On 9-9-99, at approximately 0233 hours, the Montgomery Police Department responded to a complaint of a subject being shot. At approximately 0235 hours, Officers Johnson and Lovett of third shift patrol arrived at 1133 South Holt Street. Upon arrival, they observed the victim identified as Labertha Sanders lying facedown in the front yard of the residence. Paramedic unit 91 responded to the scene as well, and were present at that time. Medic Spivey of Paramedic unit 91 pronounced the victim deceased at 0243 hours.

A witness at the scene stated she observed the victim and the defendant in an altercation, just moments before he observed the defendant shoot the victim twice. Another witness stated she was given a message from the defendant to deliver to the victim. The message was stating, "on everything I love, you need to get in touch with me tonight or else it's going to be some real trouble for you." This witness stated that she gave this message to the victim on Wednesday night, 9-7-99, at the Jackpot Bingo Hall located in the Normandale Shopping Center, Montgomery, Alabama. The victim told the witness on 9-8-99 that she had not talked to the defendant in a couple of weeks. The victim stated to this witness, that the defendant had cut all four of her tires to her vehicle approximately one week prior to this conversation. Another witness, Calvin Leon Thomas stated that he observed the defendant on Wednesday, 9-8-99 at work and that the defendant had a weapon on his person, and was showing the weapon around at the Saraha Restaurant. Mr. Thomas also stated that he heard the message which was given to his girlfriend to relay to the victim. On 9-9-94, at approximately 094 hours, officers of the Montgomery Police Department went to 728 Woodrow Street where they met with black male, Johnny Lee Dillard who stated that he resided at that residence. The officers asked the defendant if Lorenzo Watkins was present in the home, at which time he stated that he was. Corporal Barnett and Lieutenant Champion then went inside the house and located the defendant in the foil room of the residence at the rear. After taking the defendant into custody, he began to shot at the officers that he had a gun and according to Lieutenant Champion, this subject had a gun in his mouth. The officers shouted

2

that he was not going to come out alive. The defendant subsequently put the gun down and was taken into custody by Lieutenant Champion. The weapon was taken into custody by Corporal K. B. Barnett. The weapon which the defendant Lorenzo Watkins, had in his possession at the time of his arrest was a .38 caliber semiautomatic pistol. He was then transported to the Montgomery Police Department. He was read his Miranda Rights and refused to sign a Rights Form, however, he did speak in reference to this offense. Mr. Watkins stated that he did not mean to kill the victim. He stated that he shot her two times and that he thought he shot her in the hip area. He stated that he only wanted to hurt her. Watkins was transported to the Montgomery County Detention Facility where he was charged with Murder.

### Serious Physical Injury Barring Parole:

None.

### Subject's Statement:

None given

### Case Status of Co-Defendants:

N/A.

### Victim Notification Information:

The victim in this case, Labertha Sanders was living at 1133 South Holt Street, Montgomery, Alabama.

### Victim Impact:

The victim in this case suffered loss of life.

### Location of Offense:

This offense occurred within the city limits of Montgomery, Alabama.

### Court Ordered Restitution:

$9,425.88

## PRESENT OFFENSE (S)

### County, Court, Case Number:

Montgomery County, Circuit Court, CC 99-2149.

3

**Offense:**

Arson-I (count two)

**Sentence:**

25 years Department of Corrections.

**Date of Sentence:**

3-15-2000

**Details of Offense:**

According to reports filed by the Montgomery Fire Department, on 5-31-99 Engines 102 and truck 41 responded to 1137 South Holt Street in reference to a fire. They observed a single story brick home with a composition roof and a conventional foundation. The fire involved a couch on the west wall of the front room. The couch was just to the right of the front door and a bay window was over the back of the couch. The window had been broken out prior to the units arrival. The fire burned rapidly on the couch and caused damage to the living area and down the hall way. Dollar loss is established at $30,000.00 to the contents and the structural damage to this home. It was apparent to the investigators that this was not an accidental fire and that some one had set it. They then spoke with the occupant of the residence Labertha Sanders, who stated her former boyfriend, Lorenzo Watkins had threatened to burn her house hours prior to the fire.

On 6-5-99, Lorenzo Watkins was located and read his Miranda Rights and he gave a voluntary statement concerning his involvement to the fire. Watkins was later arrested and charged with Arson-I.

**Serious Physical Injury Barring Parole:**

None.

**Subject's Statement:**

None given.

**Case Status of Co-defendant:**

N/A.

**Victim Notification Information:**

The victim in this case, Labertha Sanders, resided at 1133 South Holt Street, Montgomery, Alabama.

4

**Victim Impact:**

The victim suffered monetary loss in the amount of $9,000.00

**Location of Offense:**

This offense occurred within the city limits of Montgomery, Alabama.

**Court Ordered Restitution:**

$9,000.00

## Record of Arrest

**Prior Arrest Record:**

| Arrest Date | Court | Crime | Charge |
|---|---|---|---|
| 3-25-87 | PD, Montg., AL | Burglary-III/TOP-I | 6-14-88, Nolle prossed. |
| 1-14-88 | PD, Montg., AL | Criminal Misch.-III/Bail Jumping | No disposition shown. |
| 3-25-95 | Montg., CO SO | Fraud. Insuff. Funds (6 counts) | Ordered to pay. |

**Signed and dated in Montgomery, Alabama the 18th day of May, 2000**

Alabama Probation and Parole Officer
Jeffery D. Jeter

JDJ/ett

Reviewed by _____
District Supervisor
5/22/00

5