IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

LORENZO WATKINS, #209854,            )
                                     )
        Plaintiff,                   )
                                     )
    v.                               )        2:05-CV-462-MEF
                                     )
PAUL WHALEY, et al.,                 )
                                     )
        Defendants.                  )

**O R D E R**

Upon review of the file in this case, and as the special report submitted by defendant Jeter fails to comply with the directives of the order entered on October 6, 2005 (Court Doc. No. 28), it is

ORDERED that:

1. On or before February 6, 2006, defendant Jeter shall file a supplement to his special report which contains an affidavit addressing the plaintiff's claim that he placed false information in the PSI report.

2. On or before February 21, 2006, the plaintiff may file a response to the supplemental special report filed by defendant Jeter in response to this order. Any response filed by the plaintiff should comply with the directives of the order entered on January 5, 2006 (Court Doc. No. 36).

Done this  26th    day of January, 2006.

                                    **/s/ Delores R. Boyd**
                                    DELORES R. BOYD
                                    UNITED STATES MAGISTRATE JUDGE