IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

|  |  |  |
|---|---|---|
| LORENZO WATKINS, #209854R, | ) ) ) ) |  |
| Plaintiff, | ) ) ) ) ) |  |
| VS. | ) ) ) ) | Civil Action No. 2:05-CV-462-F |
| PAUL WHALEY, Director of Classification; JIM HAYES, Classification Supervisor; and JEFFERY D. JETER, Alabama Probation and Parole Officer, | ) ) ) ) ) ) |  |
| Defendants. | ) ) ) ) |  |

PLAINTIFF'S MOTION FOR LEAVE TO FILE MOTION FOR

DEFAULT JUDGMENT PURSUANT TO RULE 55 (b) (2), F.R.CIV.P.

Comes now Lorenzo Watkins #209854R, Plaintiff in the above-styled cause, and he respectfully requests leave to file the attached Motion For Default Judgment against Defendant Jeffery D.

1

Jeter, Alabama Probation and Parole Officer. The grounds for this motion are as follows:

1.  Plaintiff filed the attached Motion for Default Judgment in the district court on February 23, 2006. This motion was returned to Plaintiff, however, by the Clerk's Office with a notice that "no dispositive motions" can be filed without permission from the Honorable Court per the court's order of 5/19/05.

2.  Plaintiff should be given leave to file the attached Motion for Default Judgment due to the continual indifference to this action by Defendants Whaley and Hayes and Defendant Jeter; and their disregard, time and time again, of the orders by this Honorable Court:

(a) This Honorable Court issued an order on 6/29/05 directing Defendant Whaley to submit and affidavit that should have been filed along with the special report. Defendant Whaley then submitted an affidavit.

(b) Plaintiff had to file a Motion for Production of Documents against Defendants Whaley and Hayes requesting the signature page of the PSI Report to identify the writer of the PSI. On August 22, 2005, this Honorable Court ordered these Defendants to produce these pages on or before August 29, 2005. Defendants Whaley and Hayes did

2

not provide the pages, however, and Plaintiff was forced to file a Motion For Order to Compel Discovery. In response to Plaintiff's motion, on September 12, 2005, this Honorable Court ordered these Defendants to provide a copy of the complete PSI Report by September 19, 2005, and to show cause why sanctions should not be imposed. Finally, these Defendants produced the complete PSI Report.

(c) Plaintiff amended this action by adding Jeffery D. Jeter, Alabama Board of Pardons and Paroles, the writer of the PSI Report, as a Defendant. This Honorable Court granted this motion to amend on October 6, 2005, and ordered Defendant Jeter to submit a written report within 40 days. This Honorable Court also ordered Defendants Whaley and Hayes to submit a supplemental report within 40 days...which would be November 15, 2005. When none of these three Defendants complied with this Honorable Court's order, Plaintiff filed a Motion to Compel on December 1, 2005. In response to Plaintiff's motion, this Honorable Court issued yet another order on December 5, 2005, directing these Defendants to file their reports on or before December 20, 2005. Finally, Defendants Whaley and Hayes submitted their supplemental report. Defendant Jeter also filed his report.

(d) Defendant Jeter, however, did not submit an affidavit in support of his report so this Honorable Court issued yet another order on January 26, 2006, ordering Defendant Jeter to submit an

affidavit on or before February 6, 2006. Now, nearly a month overdue, Defendant Jeter still has not submitted an affidavit.

3. Plaintiff respectfully submits that if there has ever been a case where a Motion for Default Judgment is due to be granted, it is the present case.

WHEREFORE, Plaintiff respectfully requests leave to file the attached Motion for Default Judgment.

Date: March 2, 2006                    Respectfully submitted,

*Lorenzo Watkins*

Lorenzo Watkins #209854R
Limestone Correctional Facility
Dorm 9-A-19
28779 Nick Davis Road
Harvest, Alabama 35749

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing "Plaintiff's Motion For Leave To File Motion For Default Judgment Pursuant To Rule 55, (b)(2), F.R.Civ.P." on the Honorable Benjamin H. Albritton, Assistant Attorney General, at his office: Office of the Attorney General, 11 South Union Street, Montgomery, Alabama 36130; and the Honorable Steven M. Sirmon, Assistant Attorney General, Alabama Board of Pardons & Paroles, P. O. Box 302405, Montgomery, Alabama 36130 by placing copies of the same in the U.S. mail, postage prepaid, this date.

Done this the 2nd day of March, 2006.

*Lorenzo Watkins*
Lorenzo Watkins #209854R