IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

| | |
|---|---|
| LORENZO WATKINS, #209854R, <br><br> Plaintiff, <br><br> VS. <br><br> PAUL WHALEY, Director of Classification; JIM HAYES, Classification Supervisor; and JEFFERY D. JETER, Alabama Probation and Parole Officer, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 2:05-CV-462-F ) ) ) ) ) ) ) ) ) ) ) ) |

## MOTION FOR DEFAULT JUDGMENT

Comes now Lorenzo Watkins #209854R, Plaintiff in the above-styled cause, and pursuant to Rule 55, F.R.Civ.P., he respectfully requests that this Honorable Court enter a judgment by default against Defendant Jeffery D. Jeter, Alabama Probation and Parole Officer. The grounds for this motion are as follows:

1

1. On January 26, 2006, this Honorable Court issued an order to Defendant Jeter to file a supplement to his special report which contains an affidavit on or before February 6, 2006.

2. Defendant Jeter has failed <u>once again</u> to comply with an order from this Honorable Court and has not filed an affidavit.

3. Throughout the litigation of this complaint, Defendant Jeter ( as well as Defendants Whaley and Hayes ) has failed to comply with this Honorable Court's orders which has required additional orders by the court.

WHEREFORE, Plaintiff prays that this Honorable Court enter a default judgment against Defendant Jeter granting Plaintiff the following relief:

1. That Defendant Jeter rewrite the PSI Report after removing all instances of hearsay and unproven allegations that were included in the first PSI Report.

2. That Defendant Jeter be required to pay this Honorable Court the $250.00 filing fee that Plaintiff was ordered to pay in this action.

3.  That Plaintiff be awarded any further relief that he may be entitled to.

Date: February 20, 2006          Respectfully submitted,

*/s/ Lorenzo Watkins*
Lorenzo Watkins #209954R
Limestone Correctional Facility
Dorm 9-A-19
28779 Nick Davis Road
Harvest, Alabama 35749

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing "Motion For Default Judgment" on the Honorable Benjamin H. Albritton, Assistant Attorney General, at his office: Office of the Attorney General, 11 South Union Street, Montgomery, Alabama 36130; and the Honorable Steven M. Sirmon, Assistant Attorney General, Alabama Board of Pardons & Paroles, P. O. Box 302405, Montgomery, Alabama 36130 by placing copies of the same in the U.S. mail, postage prepaid, this date.

Done this the 20th day of February, 2006.

*/s/ Lorenzo Watkins*
Lorenzo Watkins #209854R