IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LORENZO WATKINS, #209854,    ) | |
| ) | |
|     Plaintiff,    ) | |
| ) | |
| v.    ) | 2:05-CV-462-MEF |
| ) | |
| PAUL WHALEY, et al.,    ) | |
| ) | |
|     Defendants.    ) | |

**ORDER ON MOTION**

Upon consideration of the motion for leave to file a motion for default judgment filed by the plaintiff on March 6, 2006 (Court Doc. No. 39), and for good cause, it is

ORDERED that this motion be and is hereby DENIED.

Done this 7th day of March, 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE