IN THE UNITED STATES DITRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**LORENZO WATKINS,**
    **Plaintiff,**

        Vs.                  Case #2:05-CV-462-F

**PAUL WHALEY, et al.,**
    **Defendants.**

**AFFIDAVIT OF JEFFERY JETER**

Comes now Jeffery Jeter, an Alabama Probation & Parole Officer, and shows unto the Court as follows:

"My name is Jeffery Jeter. I am employed by the Alabama Board of Pardons & Paroles as a Probation & Parole Officer. I was employed in that capacity at the time of the events underlying this action.

"During the course of my employment, I prepared a pre-sentence investigation report for the Montgomery Circuit Court regarding Lorenzo Watkins in case number CC 99-2149. That report accurately reflected the information available to me at the time. I am not aware of anything in that report that is not true. However, I do not know for certain that none of the information I

1

received is inaccurate. I do not warrant the veracity or the reliability of my sources. I simply reported to the sentencing court the information that was available to me.

"I prepared that report in the ordinary course of my duties as a probation & parole officer. I prepared that report for the trial court to use in weighing its sentencing options. I acted within the scope of discretion delegated to me by my agency in conducting my investigation and preparing my report. I considered the sources of information to be sufficiently reliable to warrant including the information in the report for the court's consideration.

"I presently have no reason to question the accuracy of the information I received and included in my report to the court. Although I do not warrant the accuracy or reliability of my sources, to the best of my knowledge, information and belief, the pre-sentence investigation report was accurate and the information contained therein was, to the best of my knowledge, true.

"After I submit my report to the court, I have no control over the further use of that report. Alabama law requires the Board to send a copy of the report to the Department of Corrections, so that agency can consider that information in classifying prisoners. The report is also considered by the Board and its central office staff in considering whether and when a prisoner should be paroled. Each of these decisions is made by someone other than myself, and each of those decision-makers considers my report along with any other information that may be available, and exercises independent discretion to make the decisions they are called upon to make.

"I do not decide what sentence should be imposed. I do not decide what rehabilitative programs should be offered or what security precautions should be taken. I do not decide when parole consideration should be scheduled, and I do not decide whether parole should be granted.

"I report the details of the current offense, the personal and criminal history of the offender, and related information to the decision-makers. If they

have questions about any of this information, they can request a supplemental investigation. They can also decide to rely on other information from other sources."

_____
Jeffery Jeter

Sworn to and subscribed before me, this 16 day of March, 2006.

_____
Notary Public

 

        Respectfully submitted,

        TROY KING
        ATTORNEY GENERAL

        GREG GRIFFIN
        CHIEF COUNSEL

        s/STEVEN M. SIRMON
        ASSISTANT ATTORNEY GENERAL
        State Bar#: ASB-5949-S61S
        Ala. Bd. Pardons and Paroles
        P.O. Box 302405
        Montgomery, Alabama 36130

        Telephone: (334) 242-8700
        Fax: (334) 353-4423
        Steven.Sirmon@paroles.alabama.gov

        s/HUGH DAVIS
        DEPUTY ATTORNEY GENERAL
        State Bar#: ASB-4358-D63F
        Ala. Bd. Pardons and Paroles
        301 South Ripley Street
        P.O. Box 302405
        Montgomery, Alabama 36130
        Telephone: (334) 242-8700
        Hugh.davis@paroles.alabama.gov

## CERTIFICATE OF SERVICE

I hereby certify that on 3-17-06, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: (None), and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

        Lorenzo Watkins, #209854
        Limestone Correctional Facility
        28779 Nick Davis Road
        Harvest, Alabama 35749-7009

Done this 17th day of March 2006.

        Respectfully submitted,

        s/STEVEN M. SIRMON
        ASSISTANT ATTORNEY GENERAL
        State Bar#: ASB-5949-S61S
        Ala. Bd. Pardons and Paroles
        P.O. Box 302405

```
            Montgomery, Alabama 36130
            Telephone: (334) 242-8700
```
Fax: (334) 353-4423
<u>Steven.Sirmon@paroles.alabama.gov</u>