IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LORENZO WATKINS, #209854, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  2:05-CV-462-MEF |
| | ) |
| PAUL WHALEY, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon review of the affidavit submitted by defendant Jeter on March 17, 2006 (Court Doc. No. 41), and for good cause, it is

ORDERED that the plaintiff be granted an extension from February 21, 2006 to and including March 31, 2006 to file a response to Jeter's affidavit as directed by the order entered on January 26, 2006 (Court Doc. No. 38).

Done this   20th day of March, 2006.


**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE