IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| LORENZO WATKINS, #209854, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:05-cv-462-MEF |
| ) | WO |
| PAUL WHALEY, II, *et al.* ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #45) to the Recommendation of the Magistrate Judge filed on November 21, 2007 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #44) filed on November 8, 2007 is adopted;

3. The motions for summary judgment filed by the defendants are GRANTED and this case is DISMISSED with prejudice.

4. The costs of this proceeding are taxed against the plaintiff.

DONE this the 30th day of November, 2007

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE